**FILED**

Jan 05 2021

SUSAN Y. SOONG
CLERK, U.S. DISTRICT COURT
NORTHERN DISTRICT OF CALIFORNIA
SAN JOSE

ALLACCESS LAW GROUP
Irene Karbelashvili, SBN 232223
irene@allaccesslawgroup.com
Irakli Karbelashvili, SBN 302971
irakli@allaccesslawgroup.com
1400 Coleman Ave Ste F28
Santa Clara, CA 95050
Telephone:   (408) 295-0137
Facsimile:   (408) 295-0142

Attorney for RACHELLE RIDOLA, Plaintiff

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN FRANCISCO DIVISION

| | |
|---|---|
| RACHELLE RIDOLA,<br><br>Plaintiff,<br><br>vs.<br><br>JESSE & JESSE CORPORATION, et al.,<br><br>Defendants | Case No. 5:19-cv-03231-NC<br><br>**STIPULATION AND ORDER DISMISSING ACTION WITH PREJUDICE** |

STIPULATION AND ORDER

1

Plaintiff Rachelle Ridola and Defendants Jessie & Jessie Corporation and Parmjit Kaur stipulate through their undersigned counsel, pursuant to Fed. R. Civ. P. 41(a)(2), that this action be dismissed in its entirety with prejudice with each side bearing its own attorney fees, costs, and litigation expenses. The parties also request that the Court retain jurisdiction over the settlement agreement in accordance with General Order No. 56.

Respectfully submitted,

Dated: January 5, 2021

_____/s/_____
Irakli Karbelashvili, Attorney for Plaintiff

Dated: January 5, 2021

_____/s/_____
Eileen Kennedy, Attorney for Defendants

**FILER'S ATTESTATION**

I, Irakli Karbelashvili, attest that I received concurrence from the signatories in the filing of this document.

_____/s/_____
Irakli Karbelashvili

# ORDER

Having reviewed the parties' stipulation, and good cause appearing, this action is dismissed in its entirety with prejudice with each side bearing their attorney fees, costs, and litigation expenses. The Court retains jurisdiction over the settlement agreement. The Further Case Management Conference is vacated, and the Clerk shall close the case file.

**IT IS SO ORDERED.**

Dated: January 5, 2021



_____
United                         e

Judge Nathanael M. Cousins

GRANTED